KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JATINDER SINGH, <br><br>            Plaintiff, <br><br>    v. <br><br>EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, <br><br>            Defendant. | No. C 07-0274 WHA <br><br>**STIPULATION TO EXTEND HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to reschedule the preliminary injunction hearing scheduled for March 8, 2007 to April 12, 2007 at 8:00 a.m because Plaintiff's family is scheduled for an interview with the U.S. Citizenship and Immigration Services ("USCIS") on February 21, 2007.

Dated: February 15, 2007                  Respectfully submitted,

                                                           KEVIN V. RYAN
                                                           United States Attorney


                                                               /s/
                                                            ILA C. DEISS
                                                           Assistant United States Attorney
                                                           Attorneys for Defendant

Stip. to Dismiss
C07-0274 WHA

Date: February 15, 2007                              /s/
                                     JONATHAN M. KAUFMAN
                                     Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   February 20, 2007

                                     _____
                                     WILLIAM ALSUP
                                     United States District Judge

Stip. to Dismiss
C07-0274 WHA