SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JATINDER SINGH, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. C 07-0274 WHA <br><br> **STIPULATION TO DISMISS; VACATE HEARING DATE; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to vacate the April 12, 2007 hearing date on Plaintiff's motion for preliminary injunction and to dismissal of the action because United States Citizenship and Immigration Services has agreed to issue the requested travel documents to Plaintiff's wife and children.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

///

Stip. to Dismiss
C07-0274 WHA

| | | |
|---|---|---|
| 1 | Dated: March 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 6 | | |
| 7 | Date: March 6, 2007 | _____/s/_____<br>JONATHAN M. KAUFMAN |
| 8 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: March 8, 2007

_____
WILLIAM ALSUP
United States District Judge

Stip. to Dismiss
C07-0274 WHA